1   HOFFMAN & LAZEAR
    H. TIM HOFFMAN (049141) (hth@hoffmanandlazear.com)
2   ARTHUR W. LAZEAR (083603) (awl@hoffmanandlazear.com)
    CHAD A. SAUNDERS (257810) (cas@hoffmanandlazear.com)
3   180 Grand Avenue, Suite 1550
    Oakland, California 94612
4   Telephone:     (510) 763-5700
    Facsimile:     (510) 835-1311
5
    Attorneys for Plaintiff
6   DUSTIN GORMLEY

7   COOLEY LLP
    MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
8   JENNIFER M. FRENCH (265422) (jfrench@cooley.com)
    4401 Eastgate Mall
9   San Diego, CA  92121
    Telephone:     (858) 550-6000
10  Facsimile:     (858) 550-6420

11  COOLEY LLP
    BEATRIZ MEJIA (190948) (mejiab@cooley.com)
12  101 California Street, 5th Floor
    San Francisco, CA  94111-5800
13  Telephone:     (415) 693-2000
    Facsimile:     (415) 693-2222
14
    Attorneys for Defendant
15  NIKE, INC.

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

20  DUSTIN GORMLEY, individually and on       Case No. 11-cv-00893-SI
    behalf of all others similarly situated,
21                                             STIPULATION AND [PROPOSED] ORDER
                    Plaintiff,                 TO STRIKE CERTAIN ALLEGATIONS IN
22                                             COMPLAINT
           v.
23
    NIKE, Inc., an Oregon corporation,
24
                    Defendant.
25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO                                              CASE NO. 11-CV-00893-SI

After meeting and conferring regarding (i) allegations relating to injunctive relief, (ii) allegations relating to "damages," and (iii) the jury demand asserted in the complaint, plaintiff Dustin Gormley and defendant Nike, Inc., by and through their respective counsel, hereby stipulate and agree that the following portions of complaint should be stricken:

- Page 1, line 15 and generally: the words "[JURY TRIAL DEMANDED]" and plaintiff's demand for trial by jury generally;

- Page 6, line 8: paragraph 24, subparagraph (d), in its entirety;

- Page 6, line 9: paragraph 24, subparagraph (e), in its entirety; and

- Page 7, lines 18-22: second paragraph in the Prayer for Relief in its entirety.

**IT IS SO STIPULATED.**

Dated: April 14, 2011                HOFFMAN & LAZEAR
                                     H. TIM HOFFMAN (049141)
                                     ARTHUR W. LAZEAR (083603)
                                     CHAD A. SAUNDERS (257810)


                                     */s/ Chad A. Saunders*
                                     _____
                                     Chad A. Saunders

                                     Attorneys for Plaintiff
                                     DUSTIN GORMLEY

Dated: April 14, 2011                COOLEY LLP
                                     MICHELLE C. DOOLIN (179445)
                                     BEATRIZ MEJIA (190948)
                                     JENNIFER M. FRENCH (265422)


                                     */s/ Jennifer M. French*
                                     _____
                                     Jennifer M. French

                                     Attorneys for Defendant
                                     NIKE, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.                                   CASE NO. 11-CV-00893-SI

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order to Strike Certain Allegations in Complaint.

Dated: April 14, 2011                    COOLEY LLP
                                         MICHELLE C. DOOLIN (179445)
                                         BEATRIZ MEJIA (190948)
                                         JENNIFER M. FRENCH (265422)


                                         */s/ Jennifer M. French*
                                         Jennifer M. French

                                         Attorneys for Defendant
                                         NIKE, INC.

1

**[PROPOSED] ORDER**

2      Having considered the stipulation filed by plaintiff Dustin Gormley and defendant Nike,

3   Inc., and good cause appearing, the following portions of the complaint shall be stricken:

4      • Page 1, line 15 and generally: the words "[JURY TRIAL DEMANDED]" and

5          plaintiff's demand for trial by jury generally;

6      • Page 6, line 8: paragraph 24, subparagraph (d), in its entirety;

7      • Page 6, line 9: paragraph 24, subparagraph (e), in its entirety; and

8      • Page 7, lines 18-22: second paragraph in the Prayer for Relief in its entirety.

9   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11   Dated:    4/14/11

12                                        THE HONORABLE SUSAN ILLSTON
                                        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**(FRCP 5)**

I hereby certify that on April 14, 2011, I electronically filed:

**STIPULATION AND [PROPOSED] ORDER TO STRIKE CERTAIN ALLEGATIONS IN COMPLAINT**

with the clerk using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses:

**Michelle Carrie Doolin**
mdooliln@cooley.com

**Beatriz Mejia**
mejiab@cooley.com

**Jennifer Michele French**
jfrench@cooley.com

**H. Tim Hoffman**
hth@hoffmanandlazear.com

**Chad A. Saunders**
cas@hoffmanandlazear.com

**Newman Guthrie Strawbridge**
newman@strawbridgelaw.com

I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California, on the following part(ies) in this action:

**Arthur W. Lazear**
**Chad A. Saunders**
Hoffman & Lazear
180 Grand Avenue
Suite 1550
Oakland, CA  94612

**Robert B. Hancock**
**Melvin B. Pearlston**
PACIFIC JUSTICE CENTER
50 California Street, Suite 1500
San Francisco, CA  94111
Phone: (415) 310-1940

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

708191 v1/SD

1.

CERTIFICATE OF SERVICE
CASE NO. C11-0893 SI

1

**Neil B. Fineman**
FINEMAN & ASSOCIATES
155 N. Riverview Dr.
Anaheim Hills, CA  92808
Phone: (714) 620-1125

Executed on April 14, 2011, at San Diego, California.

Myra C. Hannum
Cooley LLP
4401 Eastgate Mall
San Diego, CA  92121
Tel: (858) 550-6000
Fax: (858) 550-6420
Email:  hannummc@cooley.com

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

708191 v1/SD

2.

CERTIFICATE OF SERVICE
CASE NO. C11-0893 SI