UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUSTIN GORMLEY, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>NIKE, INC., an Oregon corporation,<br><br>            Defendant. | Case No. 11-cv-00893-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED CASES AND TO SET DATES FOR CONSOLIDATED JOINT SCHEDULING CONFERENCE**<br><br>Judge:    Hon. Susan Illston<br>Place:    Courtroom 10, 19th Floor<br><br>Trial Date: Not Yet Set |
| ERIKA MCCARTNEY, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>NIKE, Inc., an Oregon corporation; and DOES 1 through 20,<br><br>            Defendants. | Case No. 11-cv-01588-SI |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NOS. 11-CV-00893-SI
& 11-CV-01588-SI

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED CASES

1  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, plaintiffs Dustin Gormley and Erika McCartney and defendant Nike, Inc. ("Nike") (collectively, "the Parties"), by and through their respective counsel, jointly submit the following Stipulation that the above-captioned related actions be consolidated.

**RECITALS**

**WHEREAS**, the above-captioned cases, *Dustin Gormley v. Nike, Inc.*, Case No. 11-cv-00893-SI ("*Gormley*") and *Erika McCartney v. Nike, Inc., et al.*, Case No. 11-cv-01588-SI ("*McCartney*"), have been designated as related cases and assigned to the same judge;

**WHEREAS**, Nike filed its response to the *Gormley* complaint on April 22, 2011, and its response to the *McCartney* First Amended Complaint is due on or before May 23, 2011;

**WHEREAS**, under Rule 42(a) of the Federal Rules of Civil Procedure, the two cases warrant consolidation because they involve common questions of law and fact and because consolidation would advance the interests of judicial economy and efficiency.

**STIPULATION**

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, by the Parties, through their respective counsel of record, as follows:

1.  Pursuant to Federal Rule of Civil Procedure 42(a), the *Gormley* and *McCartney* actions should be consolidated. Plaintiff in *McCartney*, however, wishes to maintain the complaints independent and preserve the separate nature of her action and defenses.

2.  The Parties will coordinate and jointly meet and confer regarding discovery, class certification, dispositive motions, and other pretrial issues to avoid inefficiencies and duplicative efforts. For example, the parties agree judicial economy and efficiency mandate consolidated discovery and briefing with regard to class certification and dispositive motions.

3.  In light of the Stipulation, the Case Management Conferences currently set for June 3, 2011 (*Gormley*) and August 26, 2011 (*McCartney*) should be taken off calendar, and, pending the Court's approval of the Stipulation, the Parties should be relieved of all their obligations in connection with the currently set Case Management Conferences, including preparation of Rule 26(f) Reports.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

CASE NOS. 11-CV-00893-SI
& 11-CV-01588-SI

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED CASES

4. Regardless of the Court's ruling on the Parties' Stipulation, a joint Case Management Conference should be scheduled for a new date, at least thirty (30) days after Nike files its response to the *McCartney* complaint.

**IT IS SO STIPULATED.**

Dated: May 11, 2011

COOLEY LLP
MICHELLE C. DOOLIN (179445)
BEATRIZ MEJIA (190948)
JENNIFER M. FRENCH (265422)

*/s/Jennifer M. French*
Jennifer M. French

Attorneys for Defendant
NIKE, INC.

Dated: May 11, 2011

HOFFMAN & LAZEAR
H. TIM HOFFMAN (049141)
ARTHUR W. LAZEAR (083603)
CHAD A. SAUNDERS (257810)

*/s/Chad A. Saunders*
Chad A. Saunders

Attorneys for Plaintiff
DUSTIN GORMLEY

Dated: May 11, 2011

PACIFIC JUSTICE CENTER
ROBERT B. HANCOCK (179438)
MELVIN B. PEARLSTON (54291)

*/s/Robert B. Hancock*
Robert B. Hancock

Attorneys for Plaintiff
ERIKA MCCARTNEY

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

CASE NOS. 11-CV-00893-SI
& 11-CV-01588-SI

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED CASES

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation to Consolidate Related Cases and to Set Dates for Consolidated Joint Scheduling Conference.

Dated: May 11, 2011

COOLEY LLP
MICHELLE C. DOOLIN (179445)
BEATRIZ MEJIA (190948)
JENNIFER M. FRENCH (265422)

*/s/Jennifer M. French*
Jennifer M. French

Attorneys for Defendant
NIKE, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

CASE NOS. 11-CV-00893-SI
& 11-CV-01588-SI

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED CASES

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Based on the foregoing, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The following related cases shall be and hereby are consolidated: *Dustin Gormley v. Nike, Inc.*, Case No. 11-cv-00893-SI (filed in N.D. Cal. Feb. 24, 2011) and *Erika McCartney v. Nike, Inc., et al.*, Case No. 11-cv-01588-SI (removed to N.D. Cal. Apr. 1, 2011).

2. The Parties shall coordinate and shall jointly meet and confer regarding discovery, class certification, dispositive motions, and other pretrial issues.

3. The Case Management Conferences currently set for June 3, 2011 (*Gormley*) and August 26, 2011 (*McCartney*) shall be ta~~ken off calendar, and the Parties~~ *are* ~~relieved of their obligations in connection with these Case Management Conferences. The Court shall issue a new scheduling order for a Joint Case Management Conferen~~ce. [handwritten: "held on 6/3/11"]

**IT IS SO ORDERED.**

Dated: 5/18/11

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

CASE NOS. 11-CV-00893-SI
& 11-CV-01588-SI

**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED CASES**