COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
JENNIFER M. FRENCH (265422) (jfrench@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
MATTHEW M. BROWN (264817) (brownmm@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
NIKE, INC., NIKE USA, INC., AND
NIKE RETAIL SERVICES, INC.
*(See Signature Page for complete list of parties represented.)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUSTIN GORMLEY, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>       v.<br><br>NIKE, INC., an Oregon corporation,<br><br>            Defendant. | Consolidated Case No. 11-cv-00893-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO COORDINATE RELATED CASES** |
| ERIKA MCCARTNEY, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>       v.<br><br>NIKE, Inc., an Oregon corporation; and DOES 2 through 20,<br><br>            Defendants. | Judge:   Hon. Susan Illston<br>Place:   Courtroom 10, 19th Floor<br><br><br><br>Trial Date:  Not Yet Set |
| KRISTEN L. HARTMAN, an individual, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>       v. | *Related* Case No. 11-cv-02451-SI |

CONSOLIDATED CASE NO. 11-CV-00893-SI
RELATED CASE NO. 11-CV-02451-SI

STIPULATION AND [PROPOSED] ORDER TO COORDINATE RELATED CASES

|   |   |
|---|---|
| 1 | NIKE USA, INC., an Oregon Corporation; NIKE RETAIL SERVICES, INC., an Oregon Corporation, and DOES 1 through 50, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |

Plaintiffs Dustin Gormley, Erika McCartney, and Kristen L. Hartman, and defendants Nike, Inc., Nike USA, Inc., and Nike Retail Services, Inc. (collectively, "Nike"), by and through their respective counsel, jointly submit the following Stipulation that the above-captioned related actions be coordinated.

**RECITALS**

**WHEREAS**, the above-captioned cases, *Dustin Gormley v. Nike, Inc.* ("*Gormley*") and *Erika McCartney v. Nike, Inc., et al.* ("*McCartney*"), Consolidated Case No. 11-cv-00893-SI, and *Kristen L. Hartman v. Nike USA, Inc., et al.*, Case No. 11-cv-02451-SI ("*Hartman*") have been designated as related cases and assigned to the same judge;

**WHEREAS**, the consolidated *Gormley/McCartney* action and the *Hartman* action are scheduled for a joint case management conference on July 29, 2011; and

**WHEREAS**, the three cases warrant coordination because they involve common questions of law and fact and because coordination would advance the interests of judicial economy and efficiency.

**STIPULATION**

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, by the parties, through their respective counsel of record, as follows:

1. The consolidated *Gormley/McCartney* action and the related *Hartman* action should be coordinated. Plaintiffs, however, wish to maintain the independence of their complaints and preserve the separate nature of their actions and defenses.

2. The parties will coordinate and jointly meet and confer regarding discovery, class certification, dispositive motions, and other pretrial issues to avoid inefficiencies and duplicative efforts. For example, the parties agree that judicial economy and efficiency mandate coordinated discovery and briefing with regard to class certification and dispositive motions.

1.   CONSOLIDATED CASE NO. 11-CV-00893-SI
RELATED CASE NO. 11-CV-02451-SI

STIPULATION AND [PROPOSED] ORDER TO COORDINATE RELATED CASES

3. In order to facilitate coordination of discovery, class certification, dispositive motions, and other pretrial issues, the parties agree that the cases should proceed under one case number as follows: all filing should occur in the lower numbered consolidated *Gormley*/*McCartney* action and the coordinated higher numbered *Hartman* case should appear below it in the caption.

///

///

///

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | Dated: July 19, 2011 |

|   |   |
|---|---|
| | COOLEY LLP |
| | MICHELLE C. DOOLIN (179445) |
| | BEATRIZ MEJIA (190948) |
| | JENNIFER M. FRENCH (265422) |
| | MATTHEW M. BROWN (264817) |

*/s/ Matthew M. Brown*
Matthew M. Brown

Attorneys for Defendants
NIKE, INC., NIKE USA, INC., AND NIKE RETAIL SERVICES, INC.

Dated: July 19, 2011

HOFFMAN & LAZEAR
H. TIM HOFFMAN (049141)
ARTHUR W. LAZEAR (083603)
CHAD A. SAUNDERS (257810)

*/s/ Chad A. Saunders*
Chad A. Saunders

Attorneys for Plaintiff
DUSTIN GORMLEY

Dated: July 19, 2011

PACIFIC JUSTICE CENTER
ROBERT B. HANCOCK (179438)
MELVIN B. PEARLSTON (54291)

*/s/ Robert B. Hancock*
Robert B. Hancock

Attorneys for Plaintiff
ERIKA MCCARTNEY

3.

CONSOLIDATED CASE NO. 11-CV-00893-SI
RELATED CASE NO. 11-CV-02451-SI

**STIPULATION AND [PROPOSED] ORDER TO COORDINATE RELATED CASES**

| | | |
|---|---|---|
| 1 | Dated: July 19, 2011 | FINEMAN & ASSOCIATES<br>NEIL B. FINEMAN (177915) |
| 2 | | |
| 3 | | |
| 4 | | */s/* Neil B. Fineman<br>Neil B. Fineman |
| 5 | | Attorneys for Plaintiff<br>ERIKA MCCARTNEY |
| 8 | Dated: July 19, 2011 | STONEBARGER LAW, APC<br>GENE J. STONEBARGER (209461)<br>RICHARD D. LAMBERT (251148) |
| 11 | | */s/* Gene J. Stonebarger<br>Gene J. Stonebarger |
| 13 | | Attorneys for Plaintiff<br>KRISTEN L. HARTMAN |

# FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation to Coordinate Related Cases.

Dated: July 19, 2011
COOLEY LLP
MICHELLE C. DOOLIN (179445)
BEATRIZ MEJIA (190948)
JENNIFER M. FRENCH (265422)
MATTHEW M. BROWN (264817)

/s/ Matthew M. Brown
Matthew M. Brown

Attorneys for Defendants
NIKE, INC., NIKE USA, INC., AND NIKE RETAIL SERVICES, INC.

1 **[PROPOSED] ORDER**

2   Based on the foregoing, and good cause appearing, **IT IS HEREBY ORDERED** that:

3   1.   The following related cases shall be and hereby are coordinated: *Dustin Gormley v. Nike, Inc.* and *Erika McCartney v. Nike, Inc., et al.*, Consolidated Case No. 11-cv-00893-SI, and *Kristen L. Hartman v. Nike USA, Inc., et al.*, Case No. 11-cv-02451-SI. The coordinated cases shall proceed under one case number as follows: all filing should occur in the lower numbered consolidated *Gormley/McCartney* action and the coordinated higher numbered *Hartman* case shall appear below it in the caption.

   2.   The parties shall coordinate and shall jointly meet and confer regarding discovery, class certification, dispositive motions, and other pretrial issues.

**IT IS SO ORDERED.**

Dated: 7/20/11

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

C-11-2451 SHALL BE ADMINSTRATIVELY TERMINATED

6.

CONSOLIDATED CASE NO. 11-CV-00893-SI
RELATED CASE NO. 11-CV-02451-SI

STIPULATION AND [PROPOSED] ORDER TO COORDINATE RELATED CASES

# PROOF OF SERVICE
## (FRCP 5)

I hereby certify that on July 19, 2011, I electronically filed the:

**STIPULATION AND [PROPOSED] ORDER TO COORDINATE RELATED CASES**

with the clerk using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses:

**Michelle Carrie Doolin**
mdooliln@cooley.com

**Beatriz Mejia**
mejiab@cooley.com

**Jennifer Michele French**
jfrench@cooley.com

**H. Tim Hoffman**
hth@hoffmanandlazear.com

**Chad A. Saunders**
cas@hoffmanandlazear.com

**Newman Guthrie Strawbridge**
newman@strawbridgelaw.com

I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California, on the following part(ies) in this action:

**Arthur W. Lazear**
**Chad A Saunders**
Hoffman & Lazear
180 Grand Avenue
Suite 1550
Oakland, CA  94612

*Co-Counsel for Plaintiff Dustin Gormley*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

708191 v2/SD

1.

CERTIFICATE OF SERVICE
CONSOLIDATED CASE NO. C11-0893 SI

**Robert B. Hancock**
**Melvin B. Pearlston**
PACIFIC JUSTICE CENTER
50 California Street, Suite 1500
San Francisco, CA 94111
Phone: (415) 310-1940

and

**Neil B. Fineman**
FINEMAN & ASSOCIATES
155 N. Riverview Dr.
Anaheim Hills, CA 92808
Phone: (714) 620-1125

*Counsel for Plaintiff Erika McCartney*

**Gene J. Stonebarger**
**Richard D. Lambert**
STONEBARGER LAW
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Phone: (916) 235-7140

*Counsel for Plaintiff Kristen L. Hartman*

Executed on July 19, 2011, at San Francisco, California.

_____
Mercedes Milana
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel:    (415) 693-2000
Fax:   (415) 693-2222
Email: mmilana@cooley.com

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

708191 v2/SD

2.

CERTIFICATE OF SERVICE
CONSOLIDATED CASE NO. C11-0893 SI