COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
JENNIFER M. FRENCH (265422) (jfrench@cooley.com)
4401 Eastgate Mall
San Diego, Ca 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
MATTHEW M. BROWN (264817) (brownmm@cooley.com)
101 California Street, 5th Floor
San Francisco, Ca 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
NIKE, INC; NIKE USA, INC. AND
NIKE RETAIL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUSTIN GORMLEY, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>NIKE, INC., an Oregon corporation,<br><br>  Defendant. | Coordinated Case No. 11-cv-00893-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCLOSURES AND REPORTS**<br><br>Judge:  Hon. Susan Illston<br>Place:  Courtroom 10, 19th Floor |
| ERIKA MCCARTNEY, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>NIKE, Inc., an Oregon corporation; and DOES 2 through 20,<br><br>  Defendants. | |

| | |
|---|---|
| 1 | KRISTEN L. HARTMAN, an individual, on behalf of herself and all others similarly situated, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | NIKE USA, INC., an Oregon Corporation; NIKE RETAIL SERVICES, INC., an Oregon Corporation, and DOES 1 through 50, inclusive, |
| 6 | |
| 7 | |
| 8 | Defendants. |

Plaintiffs Dustin Gormley, Erika McCartney, and Kristen L. Hartman ("plaintiffs") and defendants Nike, Inc., Nike USA, Inc. and Nike Retail Services, Inc. ("Nike"), by and through their respective counsel, jointly submit the following Stipulation re Class Expert Disclosures and Reports as follows:

### RECITAL

**WHEREAS**, via Civil Pretrial Minutes filed August 2, 2011 (ECF No. 33), the Honorable Susan Illston set plaintiffs' Motion for Class Certification for hearing on May 18, 2012, and set the briefing schedule as follows: Plaintiffs' Motion for Class Certification due on March 23, 2012; Defendants' opposition brief due on April 20, 2012, and Plaintiffs' reply brief due on May 4, 2012;

### STIPULATION

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, by the parties, through their respective counsel of record, that Nike and plaintiffs will simultaneously disclose experts and produce expert reports (if any) with regard to class certification on the dates designated below:

1. February 10, 2012: Class Expert Disclosures and Reports for Affirmative Experts;

2. March 9, 2012: Class Expert Disclosures and Reports for Rebuttal Experts.

**IT IS SO STIPULATED.**

Dated: October 21, 2011

COOLEY LLP
MICHELLE C. DOOLIN
BEATRIZ MEJIA
JENNIFER M. FRENCH
MATTHEW M. BROWN

/s/ Beatriz Mejia
Beatriz Mejia

Attorneys for Defendants
NIKE, INC., NIKE USA, INC., AND NIKE RETAIL SERVICES, INC.

Dated: October 21, 2011

HOFFMAN & LAZEAR
H. TIM HOFFMAN
ARTHUR W. LAZEAR
CHAD A. SAUNDERS

/s/ Chad A. Saunders
Chad A. Saunders

Attorneys for Plaintiff
DUSTIN GORMLEY

Dated: October 21, 2011

PACIFIC JUSTICE CENTER
ROBERT B. HANCOCK
MELVIN B. PEARLSTON

/s/ Robert B. Hancock
Robert B. Hancock

Attorneys for Plaintiff
ERIKA MCCARTNEY

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

COORDINATED CASE NO. 11-CV-00893-SI

STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCLOSURES AND REPORTS

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 21, 2011 | FINEMAN & ASSOCIATES<br>NEIL B. FINEMAN |

/s/ Neil B. Fineman
Neil B. Fineman

Attorneys for Plaintiff
ERIKA MCCARTNEY

Dated: October 21, 2011              STONEBARGER LAW, APC
                                     GENE J. STONEBARGER
                                     RICHARD D. LAMBERT


/s/ Gene J. Stonebarger
Gene J. Stonebarger

Attorneys for Plaintiff
KRISTEN L. HARTMAN

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation re Expert Disclosures and Reports.

Dated: October 21, 2011

COOLEY LLP
MICHELLE C. DOOLIN
BEATRIZ MEJIA
JENNIFER M. FRENCH
MATTHEW M. BROWN

/s/ Matthew M. Brown
Matthew M. Brown

Attorneys for Defendants
NIKE, INC., NIKE USA, INC., and
NIKE RETAIL SERVICES, INC.

**IT IS SO ORDERED.**

**Dated:** 10/25/11

The Hon. Susan Illston

1240172 v2/SF

# PROOF OF SERVICE
## (FRCP 5)

I hereby certify that on October 21, 2011, I electronically filed the:

**Stipulation and [Proposed] Order Re Expert Disclosures And Reports**

with the clerk using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses:

**Michelle Carrie Doolin**
mdooliln@cooley.com

**Beatriz Mejia**
mejiab@cooley.com

**Jennifer Michele French**
jfrench@cooley.com

**Matthew Michael Brown**
mmbrown@cooley.com

**H. Tim Hoffman**
hth@hoffmanandlazear.com

**Neil Burnstein Fineman**
neil@finemanlaw.com

**Chad A. Saunders**
cas@hoffmanandlazear.com

**Gene J. Stonebarger**
gstonebarger@stonebargerlaw.com

**Newman Guthrie Strawbridge**
newman@strawbridgelaw.com

**Richard David Lambert**
rlambert@stonebargerlaw.com

**Robert Bothne Hancock**
rbn@lawyer.com

I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelopes with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California, on the following parties in this action:

Arthur W. Lazear
Chad A Saunders
Hoffman & Lazear
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Phone: (510) 763-5700
Fax: (510) 835-1311

*Co-Counsel for Plaintiff Dustin Gormley*

Robert B. Hancock
Melvin B. Pearlston
PACIFIC JUSTICE CENTER
11-1588
Post Office Box 570
Trinidad, CA 95570
Phone: (707) 629-3333
Fax: (707) 629-3334

*Counsel for Plaintiff Erika McCartney*

Executed on October 21, 2011, at San Francisco, California.

*Debra Foster* (signature)

Debra Foster
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2000
Fax: (415) 693-2222
Email: dfoster@cooley.com