| | |
|---|---|
| BLACK CHANG & HAMILL LLP<br>Bradford J. Black (SBN 252031)<br>bblack@bchllp.com<br>Peter H. Chang (SBN 241467)<br>pchang@bchllp.com<br>Andrew G. Hamill (SBN 251156)<br>ahamill@bchllp.com<br>333 Bush Street, Suite 2250<br>San Francisco, California 94104<br>Telephone:    415-813-6210<br>Facsimile:    415-813-6222<br><br>Attorneys for Defendants | JONES DAY<br>Behrooz Shariati (SBN 174436)<br>bshariati@jonesday.com<br>Laurie M. Charrington (SBN 229679)<br>1755 Embarcadero Road<br>Palo Alto, California 94303<br>Telephone:  650-739-3920<br>Facsimile:   650-739-3900<br><br>Attorneys for Plaintiff<br>XILINX, INC. |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>             Defendants. | Case No.: 3:11-cv-0671-SI<br><br>**STIPULATED REQUEST AND<br>~~[PROPOSED]~~ ORDER REGARDING<br>HEARING SCHEDULE** |

-1-

STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING HEARING SCHEDULE        3:11-CV-0671-SI

1  Plaintiff Xilinx, Inc. ("Plaintiff") and Defendants Intellectual Ventures I LLC and Intellectual
2  Ventures II LLC (collectively, "Defendants"), hereby make the following stipulated request through
3  their respective counsel of record:
4  WHEREAS, a motion hearing for Defendants' Motion to Dismiss Xilinx's Second Amended
5  Complaint for Declaratory Judgment (Dkt. No. 105) is currently set for December 2, 2011, at 9:00
6  a.m.;
7  WHEREAS, in a related case, *Xilinx, Inc v. Intellectual Ventures Management, LLC et. al.*,
8  No. 3:11-cv-04407-SI, a motion hearing for Defendants' Motion to Dismiss Xilinx's First Amended
9  Complaint (Dkt. No. 60) is currently set for January 20, 2012, at 9:00 a.m.;
10 WHEREAS, hearing both motions at the same time would be more convenient to the Court
11 and to the parties and a more efficient use of judicial resources;
12 NOW, THEREFORE, IT IS HEREBY REQUESTED AND STIPULATED by the Parties,
13 through their respective counsel of record that the date and time for Defendants' Motion to Dismiss
14 Xilinx's Second Amended Complaint for Declaratory Judgment (Dkt. No. 105) in this matter be re-
15 scheduled for January 20, 2012, at 9:00 a.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 14, 2011          BLACK CHANG & HAMILL LLP
                                  Bradford J. Black

                                  By:       /s/
                                        Bradford J. Black

                                  Attorneys for Defendants


Dated: November 14, 2011          JONES DAY
                                  Behrooz Shariati

-2-

By: /s/
Behrooz Shariati

Attorneys for Plaintiff

**Attestation**

I, Bradford J. Black, attest that concurrence in the filing of this document has been obtained from Behrooz Shariati, counsel for Plaintiff Xilinx, Inc. I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of November 2011 in San Francisco, California.

/s/
Bradford J. Black

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 11/15/11          By: /s/ Susan Illston
The Honorable Susan Illston
United States District Judge