| | |
|---|---|
| BLACK CHANG & HAMILL LLP | JONES DAY |
| Bradford J. Black (SBN 252031) | Behrooz Shariati (SBN 174436) |
| bblack@bchllp.com | bshariati@jonesday.com |
| Peter H. Chang (SBN 241467) | Laurie M. Charrington (SBN 229679) |
| pchang@bchllp.com | 1755 Embarcadero Road |
| Andrew G. Hamill (SBN 251156) | Palo Alto, California 94303 |
| ahamill@bchllp.com | Telephone: 650-739-3920 |
| 333 Bush Street, Suite 2250 | Facsimile: 650-739-3900 |
| San Francisco, California 94104 | |
| Telephone: 415-813-6210 | Attorneys for Plaintiff |
| Facsimile: 415-813-6222 | XILINX, INC. |

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

XILINX, INC.,

        Plaintiff,

  v.

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

        Defendants.

Case No.: 3:11-cv-0671-SI

**STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING HEARING SCHEDULE**

1  Plaintiff Xilinx, Inc. ("Plaintiff") and Defendants Intellectual Ventures I LLC and Intellectual
2  Ventures II LLC (collectively, "Defendants"), hereby make the following stipulated request through
3  their respective counsel of record:

4  WHEREAS, a motion hearing for Defendants' Motion to Dismiss Xilinx's Second Amended
5  Complaint for Declaratory Judgment (Dkt. No. 105) is currently set for December 2, 2011, at 9:00
6  a.m.;

7  WHEREAS, in a related case, *Xilinx, Inc v. Intellectual Ventures Management, LLC et. al.*,
8  No. 3:11-cv-04407-SI, a motion hearing for Defendants' Motion to Dismiss Xilinx's First Amended
9  Complaint (Dkt. No. 60) is currently set for January 20, 2012, at 9:00 a.m.;

10  WHEREAS, hearing both motions at the same time would be more convenient to the Court
11  and to the parties and a more efficient use of judicial resources;

12  NOW, THEREFORE, IT IS HEREBY REQUESTED AND STIPULATED by the Parties,
13  through their respective counsel of record that the date and time for Defendants' Motion to Dismiss
14  Xilinx's Second Amended Complaint for Declaratory Judgment (Dkt. No. 105) in this matter be re-
15  scheduled for January 20, 2012, at 9:00 a.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 14, 2011    BLACK CHANG & HAMILL LLP
                            Bradford J. Black


                            By:  /s/
                                 Bradford J. Black

                            Attorneys for Defendants


Dated: November 14, 2011    JONES DAY
                            Behrooz Shariati

-2-

|   |   |
|---|---|
| 1 | |
| 2 | By: ___/s/_____ |
|   | Behrooz Shariati |
| 3 | Attorneys for Plaintiff |

### Attestation

I, Bradford J. Black, attest that concurrence in the filing of this document has been obtained from Behrooz Shariati, counsel for Plaintiff Xilinx, Inc. I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of November 2011 in San Francisco, California.

___/s/_____
Bradford J. Black

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 11/15/11    By: ___[signature: Susan Illston]___
The Honorable Susan Illston
United States District Judge