Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

*Attorneys for Plaintiff Kristen L. Hartman*

*Additional Attorneys Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUSTIN GORMLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NIKE, INC., an Oregon corporation,<br><br>Defendant. | Coordinated Case No. 11-cv-00893-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTION AND CONSOLIDATED COMPLAINT**<br><br>Hon. Susan Illston<br>Courtroom 10, 19th Floor |
| ERIKA MCCARTNEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NIKE, Inc., an Oregon corporation; and DOES 2 through 20,<br><br>Defendants. | Case No. 11-cv-01588-SI |

|   |   |
|---|---|
| KRISTEN L. HARTMAN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NIKE USA, INC., an Oregon Corporation; NIKE RETAIL SERVICES, INC., an Oregon Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 11-cv-02451 SI |

Plaintiffs Dustin Gormley, Erika McCartney, and Kristen L. Hartman ("plaintiffs") and defendants Nike, Inc., Nike USA, Inc., and Nike Retail Services, Inc., by and through their respective counsel, jointly submit the following Stipulation regarding consolidation of the above-referenced actions for all purposes and the filing of plaintiffs' consolidated complaint on or before November 11, 2011.

### RECITALS

**WHEREAS**, on July 20, 2011, Judge Illston issued an order coordinating the above-captioned related cases (*Gormley v. Nike, Inc.*, Coordinated Case No. 11-cv-00893-SI, ECF No. 31); and

**WHEREAS**, the parties agree that the above-referenced actions should be consolidated for all purposes because it will promote the interests of judicial economy and efficiency; and

**WHEREAS**, the parties agree that plaintiffs should file a consolidated complaint;

### STIPULATION

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, by the parties, through their respective counsel of record, that (1) the above-referenced actions shall be consolidated for all purposes, and (2) that plaintiffs shall file a consolidated complaint on or before November 11, 2011.

/ / /

/ / /

2.  COORDINATED CASE NO. 11-CV-00893-SI

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION, ETC.

IT IS SO STIPULATED.

Dated: November 11, 2011

    COOLEY LLP
    MICHELLE C. DOOLIN
    JENNIFER M. FRENCH
    BEATRIZ MEJIA
    MATTHEW M. BROWN

*/s/Beatriz Mejia*
Beatriz Mejia
Attorneys for Defendants
NIKE, INC., NIKE USA, INC., AND NIKE RETAIL SERVICES, INC.

Dated: November 11, 2011

    HOFFMAN & LAZEAR
    H. TIM HOFFMAN
    ARTHUR W. LAZEAR
    CHAD A. SAUNDERS

*/s/Chad A. Saunders*
Chad A. Saunders

Attorneys for Plaintiff
DUSTIN GORMLEY

Dated: November 11, 2011

    PACIFIC JUSTICE CENTER
    ROBERT B. HANCOCK
    MELVIN B. PEARLSTON

*/s/Robert B. Hancock*
Robert B. Hancock

Attorneys for Plaintiff
ERIKA MCCARTNEY

Dated: November 11, 2011

    FINEMAN & ASSOCIATES
    NEIL B. FINEMAN

*/s/Neil B. Fineman*
Neil B. Fineman

Attorneys for Plaintiff
ERIKA MCCARTNEY

| | |
|---|---|
| Dated: November 11, 2011 | STONEBARGER LAW, APC<br>GENE J. STONEBARGER<br>RICHARD D. LAMBERT |
| | */s/Gene J. Stonebarger*<br>Gene J. Stonebarger |
| | Attorneys for Plaintiff<br>KRISTEN L. HARTMAN |

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Joint Stipulation and [Proposed] Order re Consolidation of Action and Consolidated Complaint.

| | |
|---|---|
| Dated: November 11, 2011 | STONEBARGER LAW, APC<br>GENE J. STONEBARGER<br>RICHARD D. LAMBERT |
| | */s/Gene J. Stonebarger*<br>Gene J. Stonebarger |
| | Attorneys for Plaintiff<br>KRISTEN L. HARTMAN |

IT IS SO ORDERED.

Dated: _11/15/11_

The Honorable Susan Illston
United States District Judge

Related Case 11-1588 and 11-2451 shall be administratively closed.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 11, 2011, the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTION AND CONSOLIDATED COMPLAINT** was filed electronically with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system to all counsel of record.



Jamie Mendez

CERTIFICATE OF SERVICE