1  Gene J. Stonebarger, State Bar No. 209461
   gstonebarger@stonebargerlaw.com
2  Richard D. Lambert, State Bar No. 251148
   rlambert@stonebargerlaw.com
3  STONEBARGER LAW
   A Professional Corporation
4  75 Iron Point Circle, Suite 145
   Folsom, CA 95630
5  Telephone (916) 235-7140
   Facsimile (916) 235-7141

6

7  *Attorneys for Plaintiff Kristen L. Hartman*

   *Additional Attorneys Listed on Signature Page*
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13  DUSTIN GORMLEY, individually and on        Coordinated Case No. 11-cv-00893-SI
    behalf of all others similarly situated,
14                                             **JOINT STIPULATION AND [PROPOSED]**
                  Plaintiffs,                  **ORDER RE CONSOLIDATION OF ACTION**
15                                             **AND CONSOLIDATED COMPLAINT**
           v.
16                                             Hon. Susan Illston
    NIKE, INC., an Oregon corporation,         Courtroom 10, 19th Floor
17
                  Defendant.
18

19  ───────────────────────────────

20  ERIKA MCCARTNEY, on behalf of herself      Case No. 11-cv-01588-SI
    and all others similarly situated,
21
                  Plaintiff,
22
           v.
23
    NIKE, Inc., an Oregon corporation; and
24  DOES 2 through 20,

25                Defendants.

26

27

28

1.

1  | KRISTEN L. HARTMAN, an individual, on       Case No. 11-cv-02451 SI
   | behalf of herself and all others similarly
2  | situated,

3  |              Plaintiff,

4  |       v.

5  | NIKE USA, INC., an Oregon Corporation;
   | NIKE RETAIL SERVICES, INC., an Oregon
6  | Corporation, and DOES 1 through 50,
   | inclusive,
7  |
   |              Defendants.
8  |

9

10        Plaintiffs Dustin Gormley, Erika McCartney, and Kristen L. Hartman ("plaintiffs") and

11   defendants Nike, Inc., Nike USA, Inc., and Nike Retail Services, Inc., by and through their

12   respective counsel, jointly submit the following Stipulation regarding consolidation of the

13   above-referenced actions for all purposes and the filing of plaintiffs' consolidated complaint on

14   or before November 11, 2011.

15                                        RECITALS

16        WHEREAS, on July 20, 2011, Judge Illston issued an order coordinating the above-

17   captioned related cases (*Gormley v. Nike, Inc.*, Coordinated Case No. 11-cv-00893-SI, ECF No.

18   31); and

19        WHEREAS, the parties agree that the above-referenced actions should be consolidated for

20   all purposes because it will promote the interests of judicial economy and efficiency; and

21        WHEREAS, the parties agree that plaintiffs should file a consolidated complaint;

22                                      STIPULATION

23        NOW, THEREFORE, IT IS STIPULATED AND AGREED, by the parties, through their

24   respective counsel of record, that (1) the above-referenced actions shall be consolidated for all

25   purposes, and (2) that plaintiffs shall file a consolidated complaint on or before November 11,

26   2011.

27   ///

28   ///

1    IT IS SO STIPULATED.

2    Dated: November 11, 2011                 COOLEY LLP
                                              MICHELLE C. DOOLIN
3                                             JENNIFER M. FRENCH
                                              BEATRIZ MEJIA
4                                             MATTHEW M. BROWN

5
                                             /s/Beatriz Mejia
6                                             _____
                                             Beatriz Mejia
7                                             Attorneys for Defendants
                                             NIKE, INC., NIKE USA, INC., AND NIKE
8                                             RETAIL SERVICES, INC.

9    Dated: November 11, 2011                 HOFFMAN & LAZEAR
                                              H. TIM HOFFMAN
10                                            ARTHUR W. LAZEAR
                                              CHAD A. SAUNDERS
11

12                                            /s/Chad A. Saunders
                                              _____
13                                            Chad A. Saunders

14                                            Attorneys for Plaintiff
                                              DUSTIN GORMLEY
15   Dated: November 11, 2011                 PACIFIC JUSTICE CENTER
                                              ROBERT B. HANCOCK
16                                            MELVIN B. PEARLSTON

17
                                             /s/Robert B. Hancock
18                                            _____
                                             Robert B. Hancock
19
                                             Attorneys for Plaintiff
20                                            ERIKA MCCARTNEY

21   Dated: November 11, 2011                 FINEMAN & ASSOCIATES
                                              NEIL B. FINEMAN
22

23                                            /s/Neil B. Fineman
                                              _____
24                                            Neil B. Fineman

25                                            Attorneys for Plaintiff
                                              ERIKA MCCARTNEY
26

27

28

                                         3.          COORDINATED CASE NO. 11-CV-00893-SI

Dated: November 11, 2011

STONEBARGER LAW, APC
GENE J. STONEBARGER
RICHARD D. LAMBERT

/s/Gene J. Stonebarger
Gene J. Stonebarger

Attorneys for Plaintiff
KRISTEN L. HARTMAN

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Joint Stipulation and [Proposed] Order re Consolidation of Action and Consolidated Complaint.

Dated: November 11, 2011

STONEBARGER LAW, APC
GENE J. STONEBARGER
RICHARD D. LAMBERT

/s/Gene J. Stonebarger
Gene J. Stonebarger

Attorneys for Plaintiff
KRISTEN L. HARTMAN

IT IS SO ORDERED.

Dated: _____ 11/15/11 _____

The Honorable Susan Illston
United States District Judge

Related Case 11-1588 and 11-2451 shall be administratively closed.

4.                                    COORDINATED CASE NO. 11-CV-00893-SI

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 11, 2011, the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTION AND CONSOLIDATED COMPLAINT** was filed electronically with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system to all counsel of record.



Jamie Mendez

STONEBARGER LAW
A Professional Corporation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28