1  COOLEY LLP
   MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
2  JENNIFER M. FRENCH (265422) (jfrench@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA  92121
   Telephone:  (858) 550-6000
4  Facsimile:   (858) 550-6420

5  COOLEY LLP
   BEATRIZ MEJIA (190948) (mejiab@cooley.com)
6  MATTHEW M. BROWN (264817) (brownmm@cooley.com)
   101 California Street, 5th Floor
7  San Francisco, Ca  94111-5800
   Telephone:  (415) 693-2000
8  Facsimile:   (415) 693-2222

9

   Attorneys for Defendants
10 NIKE, INC.; NIKE USA, INC.; and
   NIKE RETAIL SERVICES, INC.
11

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

16 | DUSTIN GORMLEY, individually and on behalf of all others similarly situated, | Consolidated Case No. 11-cv-00893-SI |
|---|---|
|  | **JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE FURTHER CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, |  |
| v. |  |
| NIKE, INC., an Oregon corporation, | Hon. Susan Illston |
| Defendant. | Courtroom 10, 19th Floor |
| ERIKA MCCARTNEY, on behalf of herself and all others similarly situated, |  |
| Plaintiff, |  |
| v. |  |
| NIKE, Inc., an Oregon corporation; and DOES 2 through 20, |  |
| Defendants. |  |

                                          1.      **CONSOLIDATED CASE NO. 11-CV-00893-SI**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**JOINT STIP & [PROPOSED] ORDER RESCHEDULING FURTHER CMC**

| | |
|---|---|
| 1 | KRISTEN L. HARTMAN, an individual, on behalf of herself and all others similarly situated, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | NIKE USA, INC., an Oregon Corporation; NIKE RETAIL SERVICES, INC., an Oregon Corporation, and DOES 1 through 50, inclusive, |
| 6 | |
| 7 | |
| 8 | Defendants. |

Pursuant to L.R. 6-2, counsel for defendant Nike Retail Services, Inc. ("Nike") and counsel for Plaintiffs (collectively, the "Parties") stipulate as follows:

WHEREAS, the Parties are scheduled to attend a Further Case Management Conference on April 17, 2012; and

WHEREAS, Beatriz Mejia, lead attorney for defendant Nike, is scheduled to be in Japan on another matter during the week of April 17, 2012;

Now, therefore, the Parties stipulate and respectfully request that the Court order as follows:

1. The Parties' Further Case Management Conference shall be rescheduled from April 17, 2012 to May 18, 2012 at 3:00 p.m., or any date thereafter to be scheduled at the convenience of the Court.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: March 21, 2012 | COOLEY LLP |
| 2 | | MICHELLE C. DOOLIN |
| | | JENNIFER M. FRENCH |
| 3 | | BEATRIZ MEJIA |
| | | MATTHEW M. BROWN |
| 4 | | |
| 5 | | /s/ Matthew M. Brown |
| | | Matthew M. Brown |
| 6 | | Attorneys for Defendants |
| | | NIKE, INC., NIKE USA, INC., AND NIKE |
| 7 | | RETAIL SERVICES, INC. |
| 8 | Dated: March 21, 2012 | HOFFMAN & LAZEAR |
| | | H. TIM HOFFMAN |
| 9 | | ARTHUR W. LAZEAR |
| | | CHAD A. SAUNDERS |
| 10 | | |
| 11 | | /s/ Arthur W. Lazear |
| | | Arthur W. Lazear |
| 12 | | |
| 13 | | Attorneys for Plaintiff |
| | | DUSTIN GORMLEY |
| 14 | Dated: March 21, 2012 | PACIFIC JUSTICE CENTER |
| | | ROBERT B. HANCOCK |
| 15 | | MELVIN B. PEARLSTON |
| 16 | | |
| 17 | | /s/ Robert B. Hancock |
| | | Robert B. Hancock |
| 18 | | Attorneys for Plaintiff |
| 19 | | ERIKA MCCARTNEY |
| 20 | Dated: March 21, 2012 | FINEMAN & ASSOCIATES |
| | | NEIL B. FINEMAN |
| 21 | | |
| 22 | | /s/ Neil B. Fineman |
| | | Neil B. Fineman |
| 23 | | Attorneys for Plaintiff |
| 24 | | ERIKA MCCARTNEY |

3.   CONSOLIDATED CASE NO. 11-CV-00893-SI

JOINT STIP & [PROPOSED] ORDER RESCHEDULING FURTHER CMC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| 1 | Dated: March 21, 2012 | STONEBARGER LAW, APC<br>GENE J. STONEBARGER<br>RICHARD D. LAMBERT |

/s/  Gene J. Stonebarger
Gene J. Stonebarger

Attorneys for Plaintiff
KRISTEN L. HARTMAN

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this document.

Dated: March 21, 2012          COOLEY LLP

/s/  Matthew M. Brown
Matthew M. Brown

Attorneys for Defendants
NIKE, INC., NIKE USA, INC., AND NIKE RETAIL SERVICES, INC.

IT IS SO ORDERED.

Dated: 3/22/12

The Honorable Susan Illston
United States District Judge

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800 and my e-mail address is dfoster@cooley.com. On the date set forth below I served the documents described below in the manner described below:

**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE FURTHER CASE MANAGEMENT CONFERENCE**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

on the following parties in this action:

| | |
|---|---|
| **Arthur W. Lazear**<br>**Chad A Saunders**<br>Hoffman & Lazear<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612 | *Co-Counsel for Plaintiff Dustin Gormley*<br>(510) 835-1311 - fax |
| **Robert B. Hancock**<br>**Melvin B. Pearlston**<br>PACIFIC JUSTICE CENTER<br>11-1588<br>Post Office Box 570<br>Trinidad, CA 95570 | *Counsel for Plaintiff Erika McCartney*<br>(707) 629-3334 – fax |

Executed on March 21, 2012, at San Francisco, California.

*/s/ Debra Foster*

1259944 v1/SF