COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
JENNIFER M. FRENCH (265422) (jfrench@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
MATTHEW M. BROWN (264817) (brownmm@cooley.com)
101 California Street, 5th Floor
San Francisco, Ca 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
NIKE, INC.; NIKE USA, INC.; and
NIKE RETAIL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUSTIN GORMLEY, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>NIKE, INC., an Oregon corporation,<br><br>            Defendant. | Consolidated Case No. 11-cv-00893-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Hon. Susan Illston<br>Courtroom 10, 19th Floor |
| ERIKA MCCARTNEY, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>NIKE, Inc., an Oregon corporation; and DOES 2 through 20,<br><br>            Defendants. | |

1.    **CONSOLIDATED CASE NO. 11-CV-00893-SI**

**JOINT STIP & [PROPOSED] ORDER RESCHEDULING FURTHER CMC**

| | |
|---|---|
| 1 | KRISTEN L. HARTMAN, an individual, on behalf of herself and all others similarly situated, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | NIKE USA, INC., an Oregon Corporation; NIKE RETAIL SERVICES, INC., an Oregon Corporation, and DOES 1 through 50, inclusive, |
| 6 | |
| 7 | |
| 8 | Defendants. |

Pursuant to L.R. 6-2, counsel for defendant Nike Retail Services, Inc. ("Nike") and counsel for Plaintiffs (collectively, the "Parties") stipulate as follows:

WHEREAS, the Parties are scheduled to attend a Further Case Management Conference on April 17, 2012; and

WHEREAS, Beatriz Mejia, lead attorney for defendant Nike, is scheduled to be in Japan on another matter during the week of April 17, 2012;

Now, therefore, the Parties stipulate and respectfully request that the Court order as follows:

1. The Parties' Further Case Management Conference shall be rescheduled from April 17, 2012 to May 18, 2012 at 3:00 p.m., or any date thereafter to be scheduled at the convenience of the Court.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: March 21, 2012 | COOLEY LLP |
| 2 | | MICHELLE C. DOOLIN<br>JENNIFER M. FRENCH |
| 3 | | BEATRIZ MEJIA<br>MATTHEW M. BROWN |
| 4 | | |
| 5 | | /s/ Matthew M. Brown<br>Matthew M. Brown |
| 6 | | Attorneys for Defendants<br>NIKE, INC., NIKE USA, INC., AND NIKE |
| 7 | | RETAIL SERVICES, INC. |
| 8 | Dated: March 21, 2012 | HOFFMAN & LAZEAR<br>H. TIM HOFFMAN |
| 9 | | ARTHUR W. LAZEAR<br>CHAD A. SAUNDERS |
| 10 | | |
| 11 | | /s/ Arthur W. Lazear |
| 12 | | Arthur W. Lazear |
| 13 | | Attorneys for Plaintiff<br>DUSTIN GORMLEY |
| 14 | Dated: March 21, 2012 | PACIFIC JUSTICE CENTER |
| 15 | | ROBERT B. HANCOCK<br>MELVIN B. PEARLSTON |
| 16 | | |
| 17 | | /s/ Robert B. Hancock<br>Robert B. Hancock |
| 18 | | Attorneys for Plaintiff |
| 19 | | ERIKA MCCARTNEY |
| 20 | Dated: March 21, 2012 | FINEMAN & ASSOCIATES<br>NEIL B. FINEMAN |
| 21 | | |
| 22 | | /s/ Neil B. Fineman<br>Neil B. Fineman |
| 23 | | Attorneys for Plaintiff |
| 24 | | ERIKA MCCARTNEY |

| | |
|---|---|
| Dated: March 21, 2012 | STONEBARGER LAW, APC<br>GENE J. STONEBARGER<br>RICHARD D. LAMBERT |
| | /s/ Gene J. Stonebarger<br>Gene J. Stonebarger |
| | Attorneys for Plaintiff<br>KRISTEN L. HARTMAN |

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this document.

| | |
|---|---|
| Dated: March 21, 2012 | COOLEY LLP |
| | /s/ Matthew M. Brown<br>Matthew M. Brown |
| | Attorneys for Defendants<br>NIKE, INC., NIKE USA, INC., AND NIKE RETAIL SERVICES, INC. |

IT IS SO ORDERED.

Dated: 3/22/12

_____
The Honorable Susan Illston
United States District Judge

4.   CONSOLIDATED CASE NO. 11-CV-00893-SI
JOINT STIP & [PROPOSED] ORDER RESCHEDULING FURTHER CMC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800 and my e-mail address is dfoster@cooley.com. On the date set forth below I served the documents described below in the manner described below:

**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE FURTHER CASE MANAGEMENT CONFERENCE**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

on the following parties in this action:

| | |
|---|---|
| **Arthur W. Lazear**<br>**Chad A Saunders**<br>Hoffman & Lazear<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612 | *Co-Counsel for Plaintiff Dustin Gormley*<br>(510) 835-1311 - fax |
| **Robert B. Hancock**<br>**Melvin B. Pearlston**<br>PACIFIC JUSTICE CENTER<br>11-1588<br>Post Office Box 570<br>Trinidad, CA 95570 | *Counsel for Plaintiff Erika McCartney*<br>(707) 629-3334 – fax |

Executed on March 21, 2012, at San Francisco, California.

*Debra Foster*

1259944 v1/SF

5.   CONSOLIDATED CASE NO. 11-CV-00893-SI
JOINT STIP & [PROPOSED] ORDER RESCHEDULING FURTHER CMC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO