IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN GORMLEY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NIKE INC., *et al.*,<br><br>　　　　Defendants.　　　　　　／ | Consolidated Case No. C 11-893 SI<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL** |

　　　On July 6, 2012, plaintiffs filed an administrative motion to file documents under seal, pending a showing by Nike of good cause for sealing. Pursuant to Northern District Civil Local Rule 79-5(d), Nike was required to submit a declaration establishing that the designated information is sealable within seven days of the filing of plaintiffs' administrative motion. Nike did not file any such declaration, and accordingly the proposed filing will be made part of the public record.

　　　This order resolves Docket No. 84.

　　　**IT IS SO ORDERED.**

Dated: July 19, 2012

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge