IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORMLEY, | No. C 11-00893 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| NIKE INC., | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 24, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 27, 2014.

DESIGNATION OF EXPERTS: 1/31/14; REBUTTAL: 2/10/14.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 28, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by March 7, 2014;

     Opp. Due March 21, 2014;  Reply Due March 28, 2014;

      and set for hearing no later than April 11, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 13, 2014 at 3:30 PM.

COURT TRIAL DATE: May 27, 2014 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/22/13

SUSAN ILLSTON
United States District Judge