COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
MATTHEW M. BROWN (264817) (brownmm@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Attorneys for Defendants
NIKE, INC; NIKE USA, INC. AND
NIKE RETAIL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN GORMLEY, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br>NIKE, INC., an Oregon corporation,<br>            Defendant. | Consolidated Case No. 11-cv-00893-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CERTAIN DATES AND DEADLINES PENDING SETTLEMENT CONFERENCE AND FURTHER SETTLEMENT DISCUSSIONS** |
| ERIKA MCCARTNEY, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br>v.<br>NIKE, Inc., an Oregon corporation; and DOES 2 through 20,<br>            Defendants. | |
| KRISTEN L. HARTMAN, an individual, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br>v.<br>NIKE USA, INC., an Oregon Corporation; NIKE RETAIL SERVICES, INC., an Oregon Corporation, and DOES 1 through 50, inclusive,<br>            Defendants. | |

Pursuant to L.R. 6-2, counsel for defendant Nike Retail Services, Inc. ("Nike") and counsel for plaintiffs Dustin Gormley, Erika McCartney, and Kristen L. Hartman ("Plaintiffs") (collectively, the "Parties") stipulate as follows:

WHEREAS, the Parties attended a Case Management Conference on January 24, 2014 during which the Court ordered the Parties, including their clients, to attend a mandatory settlement conference during the last week of February 2014;

WHEREAS, the Parties, including their clients, are now scheduled to attend a settlement conference with Magistrate Judge Kandis Westmore on February 26, 2014;

WHEREAS, the Parties anticipate undertaking serious settlement discussions during that settlement conference, and that those settlement discussions may continue for several days and possibly weeks following that settlement conference;

WHEREAS, the Parties have met and conferred and agree that those settlement discussions would be better facilitated and more likely to result in an eventual settlement if the dates and deadlines associated with the Parties' experts, dispositive motions, and trial are extended in a manner that accommodates the scheduling limitations of both the Court and the Parties;

NOW, THEREFORE, the Parties stipulate and respectfully request that the Court order as follows:

The current dates and deadlines shall be changed to the modified dates and deadlines, as provided in the chart below:

| Event | Current Date/Deadline | Modified Date/Deadline |
|---|---|---|
| Last Day for Parties to Designate Opening Experts | March 14, 2014 | May 9, 2014 |
| Last Day for Parties to Designate Rebuttal Experts | April 11, 2014 | June 6, 2014 |
| Expert Discovery Cutoff | May 9, 2014 | June 20, 2014 |
| Last Day for Parties to File Dispositive Motions | March 7, 2014 | June 27, 2014 |

| | | |
|---|---|---|
| Last Day for Parties to File Oppositions to Dispositive Motions | March 21, 2014 | July 11, 2014 |
| Last Day for Parties to File Replies in Support of Dispositive Motions | March 28, 2014 | July 18, 2014 |
| Hearing on Dispositive Motions | April 10, 2014 | August 1, 2014 |
| Pre-Trial Conference | May 13, 2014 | September 2, 2014 |
| Bench Trial Begins | May 27, 2014 | September 15, 2014 |

**IT IS SO STIPULATED.**

Dated:  February 18, 2014

COOLEY LLP
MICHELLE C. DOOLIN
BEATRIZ MEJIA
MATTHEW M. BROWN

/s/ Michelle C. Doolin
------------------------
Michelle C. Doolin

Attorneys for Defendants
NIKE, INC., NIKE USA, INC., AND NIKE RETAIL SERVICES, INC.

Dated:  February 18, 2014

HOFFMAN LIBENSON SAUNDERS & BARBA
TIM HOFFMAN
CHAD A. SAUNDERS

/s/ Chad A. Saunders
------------------------
Chad A. Saunders

Attorneys for Plaintiff
DUSTIN GORMLEY

Dated:  February 18, 2014

PACIFIC JUSTICE CENTER
ROBERT B. HANCOCK
MELVIN B. PEARLSTON

/s/ Robert B. Hancock
------------------------
Robert B. Hancock

Attorneys for Plaintiff
ERIKA MCCARTNEY

| | |
|---|---|
| Dated: February 18, 2014 | FINEMAN & ASSOCIATES<br>NEIL B. FINEMAN |
| | /s/ Neil B. Fineman<br>Neil B. Fineman |
| | Attorneys for Plaintiff<br>ERIKA MCCARTNEY |
| Dated: February 18, 2014 | STONEBARGER LAW, APC<br>GENE J. STONEBARGER<br>RICHARD D. LAMBERT |
| | /s/ Gene J. Stonebarger<br>Gene J. Stonebarger |
| | Attorneys for Plaintiff<br>KRISTEN L. HARTMAN |

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that all signatories have concurred in the filing of this document.

| | |
|---|---|
| Dated: February 18, 2014 | COOLEY LLP |
| | /s/ Matthew M. Brown<br>Matthew M. Brown |
| | Attorneys for Defendants<br>NIKE RETAIL SERVICES, INC. |

**IT IS SO ORDERED.**

Dated: 2/19/14

_Susan Illston_
The Honorable Susan Illston
United States District Judge

1352950 /SF