| | |
|---|---|
| 1 | HOFFMAN LIBENSON SAUNDERS & BARBA |
| | H. Tim Hoffman, SBN 049141 |
| 2 | Email: hth@hlsblaw.com |
| | Chad A. Saunders, SBN 257810 |
| 3 | Email: cas@hlsblaw.com |
| | 180 Grand Avenue, Suite 1550 |
| 4 | Oakland, California 94612 |
| | Telephone:    510.763.5700 |

*IT IS SO ORDERED*
*Judge Susan Illston*

*Attorneys for Plaintiff Dustin Gormley*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUSTIN GORMLEY, individually and on behalf of all others similarly situated, | Coordinated Case No. 11-cv-00893-SI |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL WITH PREDJUDICE OF PLAINTIFF DUSTIN GORMLEY'S INDIVIDUAL CLAIMS** |
| v. | |
| NIKE, INC., an Oregon corporation, | |
| Defendant. | Hon. Susan Illston |
| | Courtroom 10, 19th Floor |
| ERIKA MCCARTNEY, on behalf of herself and all others similarly situated, | Case No. 11-cv-01588-SI |
| Plaintiff, | |
| v. | |
| NIKE, Inc., an Oregon corporation; and DOES 2 through 20, | |
| Defendants. | |
| KRISTEN L. HARTMAN, an individual, on behalf of herself and all others similarly situated, | Case No. 11-cv-02451 SI |
| Plaintiff, | |

1.

v.

NIKE USA, INC., an Oregon Corporation;
NIKE RETAIL SERVICES, INC., an Oregon Corporation, and DOES 1 through 50, inclusive,

Defendants.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dustin Gormley and defendant Nike Retail Services, Inc. ("Nike") (collectively with Mr. Gormley, "Parties"), by and through their respective counsel, hereby stipulate and agree that all of Mr. Gormley's individual claims against Nike in the above entitled action are hereby dismissed *with prejudice*.

No Court order is necessary to effectuate dismissal because this stipulation is signed by the parties who have appeared in Mr. Gormley's action (namely, Mr. Gormley and Nike), no class has been certified under Fed. R. Civ. P. 23, and this is not a derivative action under Fed. R. Civ. P. 23.1, an action relating to an unincorporated association under Fed. R. Civ. P. 23.2, or involving a receiver under Fed. R. Civ. P. 66. *See* Fed. R. Civ. P. 41(a)(1)(ii) ("Subject to Rules 23(e), 23.1(c), and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: … (ii) a stipulation of dismissal signed by all parties who have appeared.").

**IT IS SO STIPULATED.**

///

///

///

///

///

| | |
|---|---|
| Dated: April 22, 2014 | COOLEY LLP<br>MICHELLE C. DOOLIN<br>BEATRIZ MEJIA<br>MATTHEW M. BROWN<br><br>/s/<br>―――――――――――――――<br>Michelle C. Doolin<br><br>Attorneys for Defendants<br>NIKE, INC., NIKE USA, INC., and<br>NIKE RETAIL SERVICES, INC. |
| Dated: April 22, 2014 | HOFFMAN LIBENSON SAUNDERS & BARBA<br>TIM HOFFMAN<br>CHAD A. SAUNDERS<br><br>/s/<br>―――――――――――――――<br>Chad A. Saunders<br><br>Attorneys for Plaintiff<br>DUSTIN GORMLEY |

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Joint Stipulation and [Proposed] Order re Consolidation of Action and Consolidated Complaint.

| | |
|---|---|
| Dated: April 22, 2014 | HOFFMAN LIBENSON SAUNDERS & BARBA<br>H. TIM HOFFMAN<br>CHAD A. SAUNDERS<br><br>/s/ Chad A. Saunders<br>―――――――――――――――<br>Chad A. Saunders<br><br>Attorneys for Plaintiff<br>Dustin Gormley |